Complete in duplicate

Trial Court No. 5354
Appeals Court No. _____

THE STATE OF TEXAS                                    IN THE 8TH DISTRICT COURT

VS                                                    OF                    FILED IN
                                                                     12th COURT OF APPEALS
                                                                          TYLER, TEXAS
BRANDON PAUL COUCH                                    RAINS COUNTY, TEXAS
                                                      3/30/2015 8:39:45 AM
                     CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL    CATHY S. LUSK
                              IN COURT OF APPEALS                         Clerk

The records of my office show:

1)      Written Notice of Appeal was filed on the 26TH day of MARCH, 2015, Tex . R. App. P. 40(b)
        ATTACHED COPY OF NOTICE OF APPEAL TO THIS FORM

2)      The defendant named above is charged in this Court of the offense of:
        MURDER; TPC §19.02(c)

3)      Punishment assessed:
        FORTY (40) YEARS IN THE INSTITUTIONAL DIVISION OF TDC

4)      The date the Sentence was imposed or imposition of sentence was suspended or other order appealed from was the
        26TH DAY OF MARCH, 2015.

5)      The Honorable PAUL BANNER presided at the trial.

6)      The STATE is represented on appeal by:
        ROBERT VITITOW, COUNTY ATTORNEY W/FELONY RESPONSIBILITIES
        PO BOX 1075, EMORY, TEXAS 75440
        STATE BAR CARD NO. 00795702
        TELEPHONE:  (903) 473-5000 EXT 115; FAX: (903) 473-5085
        INVESTIGATOR EMAIL: AMY.WALLACE@CO.RAINS.TX.US

7)      The DEFENDANT is represented on appeal by:
        KATHERINE A. FERGUSON
        PO BOX 21, GREENVILLE, TX 75403-0021
        STATE BAR CARD NO. 06918050
        TELEPHONE:  (903) 689-4144; FAX: (903)689-7001 FAX
        RDFLAWOFICE@YAHOO.COM

8)      Defendant's Counsel is _X_APPOINTED___RETAINED___PRO SE

9)      The trial was before the court:
        A Jury On Guilt Only _X___        With a Jury ____
        A Jury on Punishment Only ____    A Jury On Both Guilt and Punishment __

10)     Motion for New Trial _NO_
        DATE FILED:

        NOTE:  IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, GIVE WRITTEN NOTICE
        TO THE APPEALS COURT IMMEDIATELY

**1**

11)     Defendant Incarcerated:            _(YES)_

        IF NO, defendant is free on appeal bond of $_____ posted on the _____ day of _____, 2014.

12)     Defendant HAS BEEN DECLARED INDIGENT.

13)     The Court Reporter who reported the evidence was:

        MICHAEL HURLEY
        1330 MACKIE DRIVE
        RICHARDSON, TX 75081
        (214)226-2547
        MPHURLEY196@AOL.COM



_____/s/_____
Laura Pate, Deputy
Date:  March 30, 2015
Deborah Traylor
District Clerk
County of Rains
PO Box 187
Emory, Texas 75440

EFiled:
Court of Appeals
Twelfth Judicial District
1517 West Front Street, Suite 354
Tyler, Texas 75702

### NO. 23,319

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 8th  JUDICIAL DISTRICT |
| | § | |
| BRANDON PAUL COUCH | § | RAINS COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Brandon Paul Couch, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Brandon Paul Couch.

Respectfully submitted,

RENSHAW, DAVIS & FERGUSON, L.L.P.

By: _____
Katherine A. Ferguson (SBN 06918050)

2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Tel:   (903) 454-6050
Fax: (903) 454-4898
Court Appointed Counsel for Defendant

FILED FOR RECORD
At 4:45 O'clock P.M.

MAR 2 6 2015

DEBORAH TRAYLOR
DISTRICT CLERK, RAINS COUNTY, TEXAS
BY _____, DEPUTY

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that a true and correct copy of the foregoing Motion has been delivered to Robert Vititow, District Attorney, Rains County, Texas, on this the 26th day of March, 2015 by hand delivery.

_____
Katherine A. Ferguson